# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **DAVIS NEUROLOGY, P.A.,** on Behalf of itself and all other entities and Persons similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 4:17-CV-00214-BRW ) |
| v. | ) Judge Billy Roy Wilson ) |
| **CBS MEDICAL, INC. and JOHN DOES 1-10** Intending to refer to those persons, corporations Or other legal entities that acted as agents, Consultants, independent contractors or Representatives, | ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT CBS MEDICAL INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant CBS Medical, Inc. ("CBS Medical"), by and through its undersigned counsel, respectfully moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Eastern District of Arkansas Local Rule 56.1 for the entry of an Order granting summary judgment in favor of CBS Medical and against Plaintiff Davis Neurology, P.A. ("Plaintiff"), and in support thereof states as follows:

1. The Complaint in this action asserts three counts: (1) a claim under the Telephone Consumer Protection Act ("TCPA"), for a purportedly unsolicited fax sent by CBS Medical; (2) a claim for treble damages for an allegedly knowing or willful violation of the TCPA; and (3) a common law claim for conversion based upon an alleged unlawful transmission of a fax. (*See* Compl., Dkt. No. 2.)

2. Under the TCPA, Plaintiff must show that the CBS Medical sent "to a telephone facsimile machine, an unsolicited advertisement." 47 U.S.C. § 227(b)(1)(C). There can be no TCPA liability from the sending of a fax if the fax is not an "advertisement." *Id*.

3. CBS Medical is entitled to judgment as a matter of law on Counts 1 and 2 of the Complaint because the evidence establishes that the fax at issue is not an advertisement, and therefore is not subject to the TCPA. Specifically, the undisputed facts establish: (1) the fax at issue does not meet the statutory definition of an "advertisement" under the TCPA; (2) the fax at issue is a transactional fax that is not governed by the TCPA; and (3) the fax at issue is an informational fax that does not violate the TCPA.

4. In addition, CBS Medical is entitled to judgment as a matter of law on Count 3 of the Complaint because the transmission of the fax at issue does not constitute a violation of the TCPA; therefore, Plaintiff cannot establish that CBS Medical wrongfully committed a distinct act of dominion over Plaintiff's property in violation of Plaintiff's rights. *Integrated Direct Mktg., LLC v. May*, 2016 Ark. 281, 4 (2016).

5. Count 3 of the Complaint also fails as a matter of law on the independent basis that it is barred by the doctrine of *de minimis non curat lex*.

6. CBS Medical's Motion is supported by Defendant CBS Medical's Statement of Material Facts As to Which There Is No Genuine Dispute and the Memorandum In Support of Motion for Summary Judgment, together with accompanying exhibits, submitted herewith.

Wherefore, Defendant CBS Medical, Inc. respectfully requests that the Court enter an Order granting CBS Medical, Inc. summary judgment on the claims of Plaintiff Davis Neurology, P.A.

Dated: June 8, 2018  Respectfully submitted,

Defendant, CBS Medical, Inc.

By: /s/ Alexandria Bond
One of Its Attorneys

Molly K. McGinley (pro hac vice)
Joseph C. Wylie II (pro hac vice)
Alexandria D. Bond (pro hac vice)
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL  60602
Telephone: 312-807-4439
Joseph.Wylie@klgates.com
Molly.McGinley@klgates.com
lexi.bond@klgates.com

Robert M. Honea
Kirkman T. Dougherty
Hardin, Jesson & Terry, PLC
Attorneys-at-Law
P. O. Box 10127
Fort Smith, AR 72917-0127
Phone: (479) 452-2200
honea@hardinlaw.com
kdougherty@hardinlaw.com

**ATTORNEYS FOR DEFENDANT
CBS MEDICAL, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**James A. Streett:**    james@streettlaw.com, adria@streettlaw.com

**Joe P. Leniski, Jr:**    jleniski@branstetterlaw.com, mariahy@bsjfirm.com, nickg@branstetterlaw.com

      The following were served via U.S. Mail:

Alex G. Streett  
Streett Law Firm, P.A.  
107 West Main  
Russellville, AR 72801

                                              \_\_\_\_\_Alexandria Bond_____