IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVIS NEUROLOGY, P.A. , on
behalf of itself and all other entites
and persons similarly situated                                       PLAINTIFF

VS.                          4:17-CV-00214-BRW

CBS MEDICAL, INC., *et al.*                                          DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is DISMISSED. Plaintiff's state-law conversion claim is dismissed without prejudice. All other claims are dismissed with prejudice.

IT IS SO ORDERED this 28th day of June, 2018.

                                                         /s/ Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE